IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

NUCLEIC ACIDS LICENSING L.L.C.,
a Florida limited liability company,

       Plaintiff,

vs.                                          CASE NO.: 1:06cv105-SPM/AK

ERAGEN BIOSCIENCES, INC.,
a Delaware corporation,

       Defendant.
_____/

## ORDER EXTENDING TIME TO RESPOND TO COMPLAINT

Upon consideration, Defendant's Uncontested Motion for Extension of Time to File Response to Complaint (doc. 5) is granted. Defendant shall have up to and including August 3, 2006 to file a response.

SO ORDERED this 26th day of July, 2006.

                                      *s/ Stephan P. Mickle*
                                      Stephan P. Mickle
                                      United States District Judge